# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GARMIN INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 2:11-cv-01578-PMP-PAL <br><br> **ORDER** <br><br> (Mtn to Withdraw - Dkt. #75) |

This matter is before the court on the Notice of Withdraw (Dkt. #75) filed April 9, 2013. Phillip Bennet seeks to withdraw as counsel of record for Plaintiff Silver State Intellectual Technologies, Inc. The Notice represents that Mr. Bennet is no longer associated with the law firm of Knobbe, Martens, Olson & Bear. Plaintiff will continue to be represented by Brenton Babcock, Frederick Berretta, and Jeff Silvestri. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) in this case was filed on September 29, 2011. Discovery closes thirty days after issuance of the claim construction order. *See* Order on Stipulation (Dkt. #72).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #75) is GRANTED.
2. Phillip Bennet is withdrawn from representation of Plaintiff Silver State Intellectual Technologies, Inc., and the Clerk of Court shall remove him from the electronic service list.

/ / /

3. Plaintiff shall continue to be represented by Brenton Babcock, Frederick Berreta, and Jeff Silvestri.

Dated this 11th day of April, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE