# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>  Plaintiff/Counterdefendant,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC., a Kansas corporation, and GARMIN USA, INC., a Kansas corporation,<br><br>  Defendants/Counterclaimants. | Case No. 2:11-cv-1578-PMP-PAL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

1  The Court, having considered Plaintiff's Motion to Seal exhibits 1, 4, 5, 6, 7, 8, 9, 10,
2  and 16 in support of its Opposition to Garmin's Motion for Partial Summary Judgment, and
3  good cause appearing therefor, hereby GRANTS the Motion to Seal.
4
5  IT IS SO ORDERED.
6
7  Dated: 4/21/14    By: _____
                         United States District Court Judge

-1-   Proposed Order Granting Leave to File Under Seal
      Case no. 2:11-cv-1578-PMP-PAL