Jeffrey A. Silvestri (NV Bar No. 5779)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Phone: (702) 873-4100
Facsimile: (702) 873-9966
Email:  jsilvestri@mcdonaldcarano.com

Brenton R. Babcock (admitted *pro hac vice*)
Marko R. Zoretic (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email:  brent.babcock@knobbe.com
Email:  marko.zoretic@knobbe.com

Frederick S. Berretta (admitted *pro hac vice*)
Loni Schutte (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Phone: (858) 707-4000
Facsimile:  (858) 707-4001
Email: fred.berretta@kmob.com
Email: loni.schutte@kmob.com

Yanna Bouris (admitted *pro hac vice)*
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Blvd., Suite 1600
Los Angeles, CA  90067
Phone:  (310) 551-3450
Facsimile:  (310) 551-3458
Email:  yanna.bouris@kmob.com

Attorneys for Plaintiff/Counterdefendant
SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>               Plaintiff/Counterdefendant,<br><br>     v.<br><br>GARMIN INTERNATIONAL, INC., a Kansas corporation, and GARMIN USA, INC., a Kansas corporation,<br><br>               Defendants/Counterclaimants. | Case No.  2:11-cv-1578-PMP-PAL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

1  The Court, having considered the Motion to Seal Plaintiff's Supplemental Briefing
2  and Supporting Exhibits re Motion to Strike Portions of Defendants' First Amended Non-
3  Infringement, Invalidity, and Unenforceability Contentions, and good cause appearing
4  therefor, hereby GRANTS the Motion to Seal.

7  IT IS SO ORDERED.

9  Dated: 4/21/14          By: _____
                                United States District Court Judge

-1-   Proposed Order Granting Leave to File Under Seal
      Case no. 2:11-cv-1578-PMP-PAL