UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES INC, <br><br> Plaintiff(s), <br><br> vs <br><br> GARMIN INTERNATIONAL INC et al <br><br> Defendant(s). | 2:11-CV-1578 PMP-PAL <br><br> ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of Monday, May 18, 2015 for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge Peggy A. Leen for a settlement conference.

DATED this 14th day of October, 2014.

PHILIP M. PRO, U. S. DISTRICT JUDGE