UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GARMIN INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | No. 2:11-CV-01578-PMP-PAL <br><br> **ORDER** |

On October 29, 2014, the Court approved the Joint Pretrial Order (Doc. #146) of the Parties, and scheduled this case for trial before a jury on May 11, 2015.

No motions are currently pending in this case.

On November 10, 2014, the undersigned announced his intention to retire from the bench effective January 16, 2015. As a result, a new judge must be assigned to conduct the trial in this action.

**IT IS THEREFORE ORDERED** that this case is hereby referred to the Honorable Gloria M. Navarro, Chief United States District Judge, for the purpose of random reassignment of the above action to a new judge.

DATED: November 19, 2014

PHILIP M. PRO
United States District Judge