UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SILVER STATE INTELLECTUAL
TECNOLOGIES, INC.

        Plaintiff,

vs.

        District No.   2:11-cv-1578 GMN NJK

GARMIN INTERNATIONAL, INC.

        Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On May 12, 2015 this court received transcripts order forms dated May 12, 2015 requesting Transcript of a hearing held on May 12, 2015 from Frederic Berretta, counsel for the Plaintiff, and Nicholas Groombridge, counsel for Defendant in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Plaintiff's and Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's and Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 12 day of May, 2015.

_____
GLORIA M NAVARRO
United States District Chief Judge

# TRANSCRIPT ORDER

AO 435 (Rev. 04/11) — Administrative Office of the United States Courts

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE: 5/13

1. **NAME:** NICHOLAS GROOMBRIDGE
2. **PHONE NUMBER:**
3. **DATE:** 5/12/2015
4. **MAILING ADDRESS:**
5. **CITY:**
6. **STATE:**
7. **ZIP CODE:**
8. **CASE NUMBER:** 11 CV 1578
9. **JUDGE:** GMN
10. **FROM:**
11. **TO:**
12. **CASE NAME:** SILVER STATE v. GARMIN
13. **CITY:**
14. **STATE:**

15. **ORDER FOR:**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. **TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) TRIAL SEALED PORTION | 5/12/15 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. **ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL:** 0.00

18. **SIGNATURE:** [signed]
19. **DATE:** 5/12/15

**PROCESSED BY:** Alvarez
**PHONE NUMBER:**

**TRANSCRIPT TO BE PREPARED BY:** D.O.

**COURT ADDRESS:**

**ORDER RECEIVED** — DATE: 5/12/15   BY: dr

| | | |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES — 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT — 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE — 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: 5/13 |
|---|---|---|---|
| 1. NAME MARKO ZORETIC | 2. PHONE NUMBER | | 3. DATE 5/12/2015 |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |

| 8. CASE NUMBER 12 CV 1578 | 9. JUDGE GMN | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM | 11. TO |
| 12. CASE NAME SILVER STATE V. GARMIN | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY | 14. STATE |

15. ORDER FOR
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) THAT SEALED PORTION | 5/12/2015 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☑ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE *Mark R Zti*
19. DATE May 12, 2015

PROCESSED BY *Harvey*
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY DD

COURT ADDRESS

| ORDER RECEIVED | DATE 5/12/15 | BY |  |
|---|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY