IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC., a Kansas corporation, and GARMIN USA, INC., a Kansas corporation,<br><br>Defendants/Counterclaimants. | Case No. 2:11-cv-1578-GMN-PAL<br><br>**STIPULATION RE PRE-ADMITTED TRIAL EXHIBITS**<br><br>**AND ORDER THEREON** |

Plaintiff Silver State Intellectual Technologies, Inc. and Defendants Garmin International, Inc. and Garmin USA, Inc. hereby stipulate to pre-admit the following exhibits for use at trial:

1. Silver State trial exhibits 222, 225-241, and 243-329 (screen shots); and
2. The Silver State and Garmin trial exhibits in the chart below:

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 346 | 1315 | SS-G00013511 | 2011-01-xx Owner's Manual: dezl 560 series (Copyright 2011) |
| 348 | 1317 | SS-G00036999 | Webpage of Example Product: dezl 560 LMT |
| 349 | 1318 | SS-G00036670 | 2012-11-xx Owner's Manual: dezl 760 series |
| 350 | 1319 | SS-G00037017 | Webpage of Example Product: dezl 760 LMT |
| 351 | 1320 | SS-G00036700 | 2013-06-xx Owner's Manual: Garmin Fleet 590 |
| 352 | 1321 | SS-G00037035 | Webpage of Example Product: (Garmin fleet 590) |
| 353 | 1322 | SS-G00020246 | 201-05-xx Owner's Manual: nuLink! (nuvi) 1690 (Copyright 2009-2010) |
| 354 | 1323 | GARMIN_SS0000422 | 201-05-xx Owner's Manual: nuLink! (nuvi) 1690 (Copyright 2009-2010) |
| 355 | 1324 | SS-G00037599 | Webpage of Example Product: nuLink! LIVE 1690 |
| 356 | 1325 | SS-G00018922 | 2010-07-xx Owner's Manual: nuLink! 1695 (Copyright 2010) |

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 358 | 1327 | SS-G00037604 | Webpage of Example Product: nuLink! LIVE 1695 |
| 359 | 1328 | SS-G00019006 | 2011-05-xx Owner's Manual: nuLink! 2300 series (Copyright 2011) |
| 360 | 1329 | SS-G00037609 | Webpage of Example Product: nuLink! LIVE 2390 |
| 361 | 1330 | SS-G00020612 | 2011-08-xx Owner's Manual: nuvi 30/40/50 series (Copyright 2011) |
| 362 | 1331 | SS-G00037302 | Webpage of Example Product: nuvi 50 |
| 363 | 1332 | SS-G00036906 | 2012-12-xx Owner's Manual: nuvi 42/52 series (Copyright 2012) |
| 364 | 1333 | SS-G00037350 | Webpage of Example Product: nuvi 54 |
| 365 | 1334 | SS-G00019091 | 2008-10-xx Owner's Manual: nuvi 200/200W Series (Copyright 2008) |
| 367 | 1336 | SS-G00037124 | Webpage of Example Product: nuvi 250 |
| 368 | 1337 | SS-G00019141 | 2010-07-xx Owner's Manual: nuvi 205/205W series (Copyright 2008-2010) |
| 370 | 1339 | SS-G00037059 | Webpage of Example Product: nuvi 205 |
| 371 | 1340 | SS-G00037192 | Webpage of Example Product: nuvi 285WT |
| 372 | 1341 | SS-G00019205 | 2010-07-xx Owner's Manual: nuvi 295W (Copyright 2010) |
| 374 | 1343 | SS-G00037205 | Webpage of Example Product: nuvi 295W |
| 375 | 1344 | SS-G00019283 | 2006-09-xx Owner's Manual: nuvi 300/350 series (Copyright 2005-2006) |

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 377 | 1346 | SS-G00037219 | Webpage of Example Product: nuvi 350 |
| 378 | 1347 | SS-G00019362 | 2007-02-xx Owner's Manual: nuvi 310/360/370 series (Copyright 2006-2007) |
| 380 | 1349 | SS-G00037271 | Webpage of Example Product: nuvi 370 |
| 383 | 1350 | SS-G00019435 | 2011-03-xx Owner's Manual: nuvi 465 (Copyright 2009-2011) |
| 383 | 1352 | SS-G00037286 | Webpage of Example Product: nuvi 465LMT |
| 384 | 1353 | SS-G00019493 | 2009-10-xx Owner's Manual: nuvi 500 series (Copyright 2008-2009) |
| 386 | 1355 | SS-G00037320 | Webpage of Example Product: nuvi 500 |
| 387 | 1356 | SS-G00019627 | 2007-03-xx Owner's Manual: nuvi 600/650 series (Copyright 2007) |
| 389 | 1358 | SS-G00037367 | Webpage of Example Product: nuvi 650 |
| 390 | 1359 | SS-G00019551 | 2007-02-xx Owner's Manual: nuvi 610/660/670 series (Copyright 2006-2007) |
| 392 | 1361 | SS-G00037382 | Webpage of Example Product: nuvi 660 |
| 393 | 1362 | SS-G00019676 | 2007-06-xx Owner's Manual: nuvi 680 (Copyright 2006-2007) |
| 395 | 1364 | SS-G00037398 | Webpage of Example Product: nuvi 680 |
| 396 | 1365 | SS-G00019736 | 2007-09-xx Owner's Manual: nuvi 700 series (Copyright 2007) |
| 398 | 1367 | SS-G00037412 | Webpage of Example Product: nuvi 760 |
| 399 | 1368 | SS-G00019802 | 2009-10-xx Owner's Manual: nuvi 705 series (Copyright 2008-2009) |

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 401 | 1370 | SS-G00037429 | Webpage of Example Product: nuvi 765T |
| 402 | 1371 | SS-G00019878 | 2008-06-xx Owner's Manual: nuvi 800 series (Copyright 2008) |
| 404 | 1373 | SS-G00037446 | Webpage of Example Product: nuvi 850 |
| 405 | 1374 | SS-G00019954 | 2008-12-xx Owner's Manual: nuvi 805 series (Copyright 2008) |
| 407 | 1376 | SS-G00037461 | Webpage of Example Product: nuvi 885 |
| 408 | 1377 | SS-G00020102 | 2011-01-xx Owner's Manual: nuvi 1100/1200/1300/1400 series (Copyright 2009- 2011) |
| 410 | 1379 | SS-G00037042 | Webpage of Example Product: nuvi 1490LMT |
| 411 | 1380 | SS-G00035399 | Webpage of Example Product: nuvi 1350LMT |
| 412 | 1381 | SS-G00020321 | 2010-09-xx Owner's Manual: nuvi 2200/2300 series (Copyright 2010) |
| 414 | 1383 | SS-G00037075 | Webpage of Example Product: nuvi 2350LMT |
| 415 | 1384 | SS-G00037091 | Webpage of Example Product: nuvi 2350LT |
| 416 | 1385 | SS-G00020642 | 2011-03-xx Owner's Manual: nuvi 2200/2300/2400 series (Copyright 2010-2011) |
| 418 | 1387 | SS-G00037107 | Webpage of Example Product: nuvi 2460LMT |
| 419 | 1388 | SS-G00020397 | 2012-01-xx Owner's Manual: nuvi 2405/2505 series (Copyright 2011) |

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 420 | 1389 | SS-G00037139 | Webpage of Example Product: nuvi 2595LMT |
| 421 | 1390 | SS-G00036752 | 2013-03-xx Owner's Manual: nuvi 2407/2408/2507/2508 series (Copyright 2013) |
| 422 | 1391 | SS-G00037159 | Webpage of Example Product: nuvi 2597LMT |
| 423 | 1392 | SS-G00036774 | 2013-03-xx Owner's Manual: nuvi 2707/2708 series (Copyright 2013) |
| 424 | 1393 | SS-G00037177 | Webpage of Example Product: nuvi 2797LMT |
| 425 | 1394 | SS-G00020718 | 2011-10-11 Owner's Manual: nuvi 3400 series (Copyright 2011) |
| 426 | 1395 | SS-G00036986 | Webpage of Example Product: nuvi 3490LMT |
| 427 | 1396 | SS-G00036796 | 2012-04-xx Owner's Manual: nuvi 3500 series (Copyright 2012) |
| 428 | 1397 | SS-G00037235 | Webpage of Example Product: nuvi 3590LMT |
| 429 | 1398 | SS-G00036884 | 2013-03-xx Owner's Manual: nuvi 3507/3508 series (Copyright 2013) |
| 430 | 1399 | SS-G00037253 | Webpage of Example Product: nuvi 3597LMT HD |
| 431 | 1400 | SS-G00020478 | 2010-04-xx Owner's Manual: nuvi 3700 series (Copyright 2010) |
| 433 | 1402 | SS-G00035959 | Webpage of Example Product: nuvi 3760LMT |
| 434 | 1403 | SS-G00035970 | Webpage of Example Product: nuvi 3790LMT |

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 435 | 1404 | SS-G00035954 | Webpage of Example Product: nuvi 3750 |
| 436 | 1405 | SS-G00035965 | Webpage of Example Product: nuvi 3760T |
| 437 | 1406 | SS-G00035976 | Webpage of Example Product: nuvi 3790LMT |
| 438 | 1407 | SS-G00020556 | 2008-02-xx Owner's Manual: nuvi 5000 (Copyright 2007) |
| 439 | 1408 | SS-G00037335 | Webpage of Example Product: nuvi 5000 |
| 440 | 1409 | SS-G00020791 | 2009-10-xx Owner's Manual: nuvifone G60 (Copyright 2009) |
| 441 | 1410 | SS-G00020891 | 2009-09-xx User's Guide: nuvifone G60 (Copyright 2009) |
| 442 | 1411 | GARMIN_SS0000156 | 2009-09-xx User's Guide: nuvifone G60 (Copyright 2009) |
| 443 | 1412 | SS-G00037476 | Webpage of Example Product: nuvifone G60 |
| 444 | 1413 | SS-G00036938 | 2013-10-xx Owner's Manual: RV 760LMT/Camper 760 (Copyright 2013) |
| 445 | 1414 | SS-G00037484 | Webpage of Example Product: RV 760LMT |
| 446 | 1415 | SS-G00022871 | 2010-03-xx Owner's Manual: zumo 200 series (Copyright 2010) |
| 448 | 1417 | SS-G00037504 | Webpage of Example Product: zumo 220 |
| 449 | 1418 | SS-G00036962 | 2013-09-xx Owner's Manual: zumo 300 series (Copyright 2013) |

| Silver State Ex. No. | Garmin Ex. No. | Bates Number (first page) | Description |
|---|---|---|---|
| 450 | 1419 | SS-G00037519 | Webpage of Example Product: zumo 390LM |
| 451 | 1420 | SS-G00022928 | 2007-03-xx Owner's Manual: zumo 400/450 series (Copyright 2006-2007) |
| 453 | 1422 | SS-G00037536 | Webpage of Example Product: zumo 450 |
| 454 | 1423 | SS-G00022987 | 2007-03-xx Owner's Manual: zumo 500/550 series (Copyright 2006-2007) |
| 456 | 1425 | SS-G00037550 | Webpage of Example Product: zumo 550 |
| 457 | 1426 | SS-G00023061 | 2009-05-xx Owner's Manual: zumo 600 series (Copyright 2009) |
| 459 | 1428 | SS-G00037566 | Webpage of Example Product: zumo 660 |
| 460 | 1429 | SS-G00023111 | 2010-04-xx Owner's Manual: zumo 665 (Copyright 2010) |
| 462 | 1431 | SS-G00037584 | Webpage of Example Product: zumo 665 |

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   |   |
| 3 |   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 4 |   |   |
| 5 |   |   |
| 6 | Dated: May 14, 2015 | By:  s/ Frederick S. Berretta |

            Craig Summers
            Frederick S. Berretta
            Yanna Bouris
            Marko R. Zoretic
            Loni L. Morrow

McDONALD CARANO WILSON LLP
  Jeffrey A. Silvestri

  Attorneys for Plaintiff Silver State Intellectual Technologies, Inc.


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


Dated: May 14, 2015  By:  s/ Nicholas Groombridge (with permission)
            Nicholas Groombridge
            Jenny C. Wu
            David K. Stark
            Matthew Zorn
            Philip S. May

ERISE IP, P.A.
  Adam P. Seitz
  Abran J. Kean
  Paul R. Hart

PISANELLI BICE PLLC
  James J. Pisanelli
  Christopher R. Miltenberger

  Attorneys for Defendant Garmin International, Inc. and Garmin USA, Inc.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  05/14/2015**

9

**PROOF OF SERVICE**

I hereby certify that on May 14, 2015, I caused the **STIPULATION RE PRE-ADMITTED TRIAL EXHIBITS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| James J. Pisanelli<br>JJP@pisanellibice.com<br>Christopher R. Miltenberger<br>CRM@pisanellibice.com<br>PISANELLI BICE, PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Phone: (702) 214-2100<br>Facsimile: (702) 214-2101 | Adam P. Seitz<br>adam.seitz@eriseip.com<br>Abran J. Kean<br>abran.kean@eriseip.com<br>Paul Hart<br>paul.hart@eriseip.com<br>ERISE IP, P.A.<br>6201 College Blvd., Suite 300<br>Overland Park KS 66211<br>Phone: (913) 777-5600<br>Facsimile: (913) 777-5601 |
| | Nicholas P. Groombridge<br>ngroombridge@paulweiss.com<br>Jenny C. Wu<br>JCWu@paulweiss.com<br>Matthew C. Zorn<br>mzorn@paulweiss.com<br>David K. Stark<br>dstark@paulweiss.com<br>Philip S. May<br>pmay@paulweiss.com<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3709 |

Executed on May 14, 2015, at Las Vegas, Nevada.

_/s/ Claire A. Stoneman_
Claire A. Stoneman

20673014

10