UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.<br><br>           Plaintiff,<br><br>vs.<br><br><br>GARMIN INTERNATIONAL, INC<br><br>           Defendant. | District No.   2:11-cv-1578 GMN NJK |

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On May 20, 2015 this court received transcript order forms dated May 20, 2015 requesting Transcript of a hearing held on May 19, 2015 from Marko Zoretic counsel for the Plaintiff, and Nicholas Groombridge, counsel for Defendant in which portions of the hearing are sealed.

**IT IS THE ORDER OF THE COURT** that portions of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Plaintiff's and Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portions of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's and Defendant's Counsels shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 20 day of May, 2015.

GLORIA M NAVARRO
United States District Chief Judge