THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GARMIN INTERNATIONAL, et al., <br> Defendants. | 2:11-cv-01578-GMN-PAL <br><br> MINUTES OF PROCEEDINGS <br><br> Jury Trial (Day 8) <br><br> DATED: May 26, 2015 |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich     COURT REPORTER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Frederick Berretta, Marko Zoretic, Ioanna Bouris, Loni Schutte (aka Morrow), and Craig Summers

COUNSEL FOR DEFENDANT: Nicholas Groombridge, Jenny Wu, David Stark, and Matthew Zorn

MINUTES OF PROCEEDINGS: Jury Trial (Day 8)

1:11 p.m.  The Court convenes outside the presence of the jury.  Preliminary matters are heard. Motions for Judgment (CM/ECF ## 270 and 271) are DENIED.

1:57 p.m.  The Court stands at recess for an afternoon break.

2:07 p.m.  The Court convenes in the presence of the jury.  Mr. Berretta makes closing statements on behalf of Plaintiff.

3:07 p.m.  The courtroom is sealed.  Mr. Berretta continues making closing statements on behalf of Plaintiff.

3:18 p.m.  The courtroom is unsealed.  Mr. Berretta continues making closing statements on behalf of Plaintiff.

3:25 p.m.  The jury is admonished and excused for an afternoon break.

3:35 p.m.  The Court convenes outside the presence of the jury. The Court grants Motions to Seal (CM/ECF ## 275 and 278).

3:39 p.m.  The jury enters.  Mr. Groombridge makes closing statements on behalf of Defendant.

3:58 p.m.  The courtroom is sealed.   Mr. Groombridge continued making closing statements on behalf of Defendant.

4:04 p.m.  The courtroom is unsealed.   Mr. Groombridge continued making closing statements on behalf of Defendant.

4:47 p.m.  Mr. Berretta makes rebuttal closing statements.  Bailiff sworn to take charge of the jury.  The jury is excused to begin deliberations.

4:58 p.m. The Court stands at recess.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk