UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.<br><br>           Plaintiff,<br><br>vs.<br><br>GARMIN INTERNATIONAL, INC.<br><br>           Defendant. | District No.   2:11-cv-1578 GMN NJK |

ORDER TEMPORARILY UNSEALING TRANSCRIPTS

      On May 26, 2015 this court received transcripts order forms dated May 26, 2015 requesting Transcript of a hearing held on May 26, 2015 from Frederick Berretta, counsel for the Plaintiff, and Nicholas Groombridge counsel for Defendant in which a portion of the hearing is sealed.

      **IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Plaintiff's and Defendant's Counsel.

      **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

      **IT IS FURTHER ORDERED** that Plaintiff's and Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

      DATED this 27th day of May, 2015.

                                                                                   GLORIA M NAVARRO<br>
                                                                                   United States District Chief Judge