1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Jordan T. Smith, Esq., Bar No. 12097
   JTS@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, NV  89101
   Phone:  (702) 214-2100
5  Facsimile:  (702) 214-2101

6  Adam P. Seitz (admitted *pro hac vice*)
   Abran J. Kean (admitted *pro hac vice*)
7  Paul R. Hart (admitted *pro hac vice*)
   ERISE IP, P.A.
8  6201 College Blvd., Suite 300
   Overland Park, KS  66211
9  Phone: (913) 777-5600
   Facsimile: (913) 777-5601
10 Email:  adam.seitz@eriseip.com
   Email:  abran.kean@eriseip.com
11 Email:  paul.hart@eriseip.com

12 Nicholas Groombridge (admitted *pro hac vice*)
   Jenny C. Wu (admitted *pro hac vice*)
13 Matthew Zorn (admitted *pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
14 1285 Avenue of Americas
   New York, NY 10019
15 Phone: (212) 373-3000
   Facsimile: (212) 757-3990
16 Email:  ngroombridge@paulweiss.com
   Email:  jcwu@paulweiss.com
17 Email:  mzorn@paulweiss.com
   *Attorneys for Defendants/Counterclaimants*
18 GARMIN INTERNATIONAL, INC. and GARMIN USA, INC.

19                **IN THE UNITED STATES DISTRICT COURT**

20                     **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 21  SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada 22  corporation, | CASE NO.  2: 11-cv-1578-GMN-PAL |
| 23              Plaintiff/Counterdefendant, | **ORDER REGARDING GARMIN'S UNOPPOSED MOTION TO SEAL CERTAIN TRANSCRIPT PORTIONS COVERING CONFIDENTIAL INFORMATION** |
| 24         v. | |
| 25  GARMIN INTERNATIONAL, INC., a Kansas corporation, and GARMIN USA, 26  INC., a Kansas corporation, | |
| 27              Defendants/Counterclaimants | |

1  The Court, having considered Garmin's Unopposed Motion to Seal Certain Transcript Portions Covering Confidential Information, and good cause appearing therefor, hereby GRANTS Garmin's Motion.

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 05/27/2015**

CASE NO. 2: 11-cv-1578-GMN-PAL