Jeffery A. Silvestri (NV Bar No. 5779)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Phone: (702) 873-4100
Facsimile: (702) 873-9966
Email:  jsilvestri@mcdonaldcarano.com

Craig S. Summers (admitted *pro hac vice*)
Marko R. Zoretic (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email:  craig.summers@knobbe.com
Email:  marko.zoretic@knobbe.com

Frederick S. Berretta (admitted *pro hac vice*)
Loni Schutte (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Phone: (858) 707-4000
Facsimile:  (858) 707-4001
Email:  fred.berretta@knobbe.com
        loni.schutte@knobbe.com


Ioanna (Yanna) S. Bouris (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard
Suite 1600
Los Angeles, CA  90067
Phone:  (310) 551-3450
Facsimile:  (310) 551-3458
Email:  yanna.bouris@knobbe.com

*Attorneys for Plaintiff/Counterdefendant*
*SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.*


James J. Pisanelli (NV Bar No. 4027)
Christopher R. Miltenberger (NV Bar No. 10153)
PISANELLI BICE, PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Phone: (702) 214-2100
Facsimile: (702) 214-2101
Email: JJP@pisanellibice.com
Email: CRM@pisanellibice.com

Nicholas Groombridge (admitted *pro hac vice*)
Jenny C. Wu (admitted *pro hac vice*)
David K. Stark (admitted *pro hac vice*)
Matthew Zorn (admitted *pro hac vice*)
Philip S. May (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Phone:  212-373-3709
Email:  ngroombridge@paulweiss.com
Email:  JCWu@paulweiss.com
Email:  mzorn@paulweiss.com
Email:  dstark@paulweiss.com
Email:  pmay@paulweiss.com

Adam P. Seitz (admitted *pro hac vice*)
Abran J. Kean (admitted *pro hac vice*)
Paul R. Hart (admitted *pro hac vice*)
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601
Email: adam.seitz@eriseip.com
Email: abran.kean@eriseip.com
Email: paul.hart@eriseip.com

*Attorneys for Defendants/Counterclaimants*
*GARMIN INTERNATIONAL, INC. and GARMIN USA, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC., a Kansas corporation, and GARMIN USA, INC., a Kansas corporation,<br><br>    Defendants/Counterclaimants. | Case No.  2:11-cv-1578-GMN-PAL<br><br>**STIPULATION REGARDING POST-TRIAL MATTERS AND PROPOSED ORDER THEREON** |

Plaintiff/Counterdefendant Silver State Intellectual Technologies, Inc. ("Silver State") and Defendant/Counterclaimants Garmin International, Inc. and Garmin USA, Inc. ("Garmin") hereby stipulate and agree regarding the following post-trial matters:

Whereas, a jury trial was held in this action involving certain asserted claims of U.S Patent Nos. 7,522,992, 7,593,812, 7,739,039, and 7,702,455, owned by Silver State;

Whereas, on May 28, 2015 the jury rendered its Verdict finding that all asserted claims in the trial were either not infringed by Garmin, or invalid, or both, and so awarded no damages to Silver State;

Whereas, on June 15, 2015, the Court entered Final Judgment in this action in favor of Garmin and against Silver State;

Whereas, on June 29, 2015, Garmin filed a Bill of Costs in this action, portions of which are disputed by Silver State;

Whereas, Silver State may challenge the jury's Verdict and Final Judgment entered herein by timely filing renewed motions for judgment as a matter of law, a motion for a new trial, a notice of appeal, and/or other permitted forms of post-trial motion seeking relief from judgment;

Whereas the parties want to avoid the risks and expenses of further litigation and finally resolve this action on the terms and conditions set forth below;

Now, therefore, in accordance with the foregoing recitals, and in consideration of the provisions contained herein, Silver State and Garmin, intending to be legally bound, hereby agree and stipulate as follows:

Silver State shall not challenge the jury's verdict rendered in this action, or the Final Judgment entered in this action, in any manner, including without limitation by filing any renewed motions for judgment as a matter of law, a motion for a new trial, a notice of appeal, and/or any other form of post-trial motion seeking relief from judgment;

The parties agree that the Final Judgment shall be treated as final for all purposes;

Garmin hereby withdraws its pending Bill of Costs against Silver State in this action; and

1

/ / /

The parties agree and stipulate that each party shall bear its own costs, expenses and attorney fees with respect to this action.

                                         Respectfully submitted,

                                         KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 8, 2015                By:  s/ Frederick S. Berretta
                                                  Craig Summers
                                                  Frederick S. Berretta
                                                  Yanna Bouris
                                                  Marko R. Zoretic
                                                  Loni L. Schutte

                                                  Attorneys for Plaintiff
                                                 Silver State Intellectual Technologies, Inc.


                                         PAUL, WEISS, RIFKIND,
                                              WHARTON & GARRISON LLP

Dated: July 8, 2015                By:  s/ Nicholas Groombridge (with permission)
                                                  Nicholas Groombridge
                                                  Jenny C. Wu
                                                  David K. Stark
                                                  Matthew Zorn
                                                  Philip S. May

                                                 Attorneys for Defendants
                                                 GARMIN INTERNATIONAL, INC. and GARMIN USA, INC.

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED:  07/14/2015.

2

**PROOF OF SERVICE**

I hereby certify that on July 8, 2015, I caused the **STIPULATION REGARDING POST-TRIAL MATTERS AND PROPOSED ORDER THEREON** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| James J. Pisanelli<br>JJP@pisanellibice.com<br>Christopher R. Miltenberger<br>CRM@pisanellibice.com<br>PISANELLI BICE, PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Phone: (702) 214-2100<br>Facsimile: (702) 214-2101 | Adam P. Seitz<br>adam.seitz@eriseip.com<br>Abran J. Kean<br>abran.kean@eriseip.com<br>Paul Hart<br>paul.hart@eriseip.com<br>ERISE IP, P.A.<br>6201 College Blvd., Suite 300<br>Overland Park KS 66211<br>Phone: (913) 777-5600<br>Facsimile: (913) 777-5601<br><br>Nicholas P. Groombridge<br>ngroombridge@paulweiss.com<br>Jenny C. Wu<br>JCWu@paulweiss.com<br>Matthew C. Zorn<br>mzorn@paulweiss.com<br>David K. Stark<br>dstark@paulweiss.com<br>Philip S. May<br>pmay@paulweiss.com<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3709 |

Executed on July 8, 2015, at San Diego, California.

*Colleen Mensching*
Colleen Mensching

21063014

3