UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., ) ) ) Plaintiff, ) vs. ) ) GARMIN INTERNATIONAL, INC., *et al.*, ) ) Defendants. ) | Case No.: 2:11-cv-01578-GMN-PAL |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 4:00 PM on **September 23, 2015** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **September 23, 2015**, the Clerk is authorized to destroy said exhibits on **October 15, 2015**.

**DATED** this 2nd day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by:_____

**PLEASE PRINT NAME**:_____Date:_____